UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>          Plaintiff,<br><br>v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION, a California corporation,<br><br>          Defendant. | Civil No. 05cv1853-L(LSP)<br><br>**ORDER STRIKING DOCUMENT FROM THE RECORD** |

      On October 31, 2006, Defendant filed (1) Golden Eagle Insurance Corporation's Notice of Motion Pursuant to Federal Rules of Civil Procedure Rule 56; (2) Golden Eagle Insurance Corporation's Memorandum of Points and Authorities in Support of Its Motion Pursuant to Federal Rules of Civil Procedure Rule 56; and (3) Declaration of Peggy Yuile in Support of Golden Eagle Insurance Corporation's Motion Pursuant to Federal Rules of Civil Procedure Rule 56   (docket no. 26 and attachments no. 1-2).  These pleadings fail to comply with Civil Local Rule 7.1(b).  Although Plaintiff obtained a motion hearing date for December 4, 2006, and has filed its motion for that date, Defendant has not obtained a hearing date from chambers for its motion, as required by Civil Local Rule 7.1(b).

1   For the foregoing reasons, the Clerk of the Court is instructed to **STRIKE FROM THE RECORD** (1) Golden Eagle Insurance Corporation's Notice of Motion Pursuant to Federal Rules of Civil Procedure Rule 56; (2) Golden Eagle Insurance Corporation's Memorandum of Points and Authorities in Support of Its Motion Pursuant to Federal Rules of Civil Procedure Rule 56; and (3) Declaration of Peggy Yuile in Support of Golden Eagle Insurance Corporation's Motion Pursuant to Federal Rules of Civil Procedure Rule 56 (docket no. 26 and attachments no. 1-2), filed October 31, 2006.

**IT IS SO ORDERED**.

DATED:  November 2, 2006

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL