UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION,<br><br>  Defendant. | Civil No. 05-1853-L(LSP)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE AND STATUS CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On September 13, 2006 and July 26, 2007 respectively, the Court convened an Early Neutral Evaluation Conference (ENE) and Status Conference in the above-entitled action. Appearing were Michael Nardi on behalf of plaintiff and Richard Edwards on behalf of defendants.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Federal Rule of Civil Procedure, Rule 26. Based thereon, the court issues the following orders:

1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure

1  process.  Any further objections to initial disclosure will be
2  resolved as required by Rule 26.
3       2.   The Rule 26(f) conference shall be completed before
4  September 10, 2007;
5       3.   The date of initial disclosure pursuant to Rule
6  26(a)(1)(A-D) shall occur before September 20, 2007;
7       4.   A discovery plan shall be lodged with Magistrate Judge
8  Papas on or before September 20, 2007; and,
9       5.   A Case Management Conference/Status Conference, pursuant
10 to Federal Rule of Civil Procedure 16(b) shall be held on
11 September 25, 2007, at 8:30 AM, in the chambers of Magistrate Judge
12 Leo S. Papas.  Counsel may participate by telephone conference call.
13 The Court will initiate the conference call.
14      Failure of any counsel or party to comply with this Order
15 will result in the imposition of sanctions.
16      IT IS SO ORDERED.

DATED:  July 26, 2007

Hon. Leo S. Papas
U.S. Magistrate Judge