AO 450 Judgment in a Civil Case

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Federal Insurance Company

V.

Golden Eagle Insurance Corporation

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  05cv1853-MMA (LSP)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants in part and denies in part Plaintiff's and Defendant's motions for summary judgment. Judgment shall be entered in favor of Plaintiff in the amount of $1,175,132.53 and Clerk shall terminate this civil action. Plaintiff awarded court costs.

| May 14, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ L. Hammer
(By) Deputy Clerk

ENTERED ON May 14, 2009

05cv1853-MMA(LSP)