

**FILED**

**DEC 28 2010**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION,<br><br>        Defendant - Appellant. | No. 09-55906<br><br>D.C. No. 3:05-cv-01853-MMA-LSP<br>Southern District of California, San Diego<br><br><br>ORDER |
| FEDERAL INSURANCE COMPANY,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION,<br><br>       Defendant - Appellee. | No. 09-55925<br><br>D.C. No. 3:05-cv-01853-MMA-LSP<br>Southern District of California, San Diego<br><br><br>ORDER |

     Appellee Federal Insurance Company's opposed bill of costs is granted in part.

     Costs shall be taxed against appellant Golden Eagle Insurance Corporation in the amount of $389.40.

     A copy of this order shall serve to amend the court's prior mandate.

                            For the Court:

                            MOLLY C. DWYER
                            Clerk of Court

                            Grace S. Santos
                            Deputy Clerk
                            Ninth Circuit Rule 27-7/Advisory Note to Rule 27
                               and Ninth Circuit 27-10

GS    12/27/10/Pro Mo