Richard P. Edwards, Esq. (SBN 074358)
**EDWARDS & HUNTER**
1405 Carleton Square
San Diego, CA 92106
Telephone: 619.569.2709
Facsimile: 619.923.2866

Attorneys for Defendant GOLDEN EAGLE
INSURANCE CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | Case No. 05 CV 1853 L (LSP) |
| Plaintiff, | Complaint Filed: September 27, 2005 |
| v. | ***ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT*** |
| GOLDEN EAGLE INSURANCE CORPORATION, a California corporation, | Judge: Hon. Michael M. Anello |
| Defendant. | |

1. Satisfaction of the judgment is acknowledged as follows:

   Full satisfaction: Judgment is satisfied in full.

2. Full name and address of judgment creditor:

   1) Federal Insurance Company, One Indiana Square, Suite 1350, 211 North Pennsylvania Street, Indianapolis, IN 44903

   2) Federal Insurance Company, 15 Mountain View Road, Warren, NJ 07059

3. Full name and address of assignee of record, if any:

   None.

/ / /

1

| | |
|---|---|
| 1 | 4.   Full name and address of judgment debtor being fully released: |
| 2 | Golden Eagle Insurance Corporation, 525 B Street, San Diego, CA  92101 |
| 3 | 5.   A judgment entered on: |
| 4 | May 14, 2009 |
| 5 | 6.   An abstract of judgment has been recorded as follows: |

6.   An abstract of judgment has been recorded as follows:

    1)   Riverside County    Recorded October 22, 2009    Doc # 2009-0547752

    2)   San Diego County    Recorded September 30, 2009    Doc # 2009-0543753

7.   A notice of judgment lien has been filed in the office of the Secretary of State as file number: 09-7208951819 dated September 21, 2009

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Dated: ~~December ___, 2010.~~ January 10, 2011

SELTZER CAPLAN McMAHON VITEK

By: _____
Michael G. Nardi, Esq.
Attorneys for Plaintiff FEDERAL INSURANCE COMPANY

Acknowledgment of Satisfaction of Judgment    05 CV 1853 L (LSP)